**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE Eastern DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Rebecca Core <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 18-16422 JKF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Ditech Financial LLC and index same on the master mailing list.

                      Respectfully submitted,

                      **/s/ Kevin G. McDonald, Esq.**
                      Kevin G. McDonald, Esquire
                      KML Law Group, P.C.
                      701 Market Street, Suite 5000
                      Philadelphia, PA 19106-1532
                      (215) 627-1322