**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              : Chapter 13

**Core, Rebecca**
      **Debtor**                              :       18-16422

**CERTIFICATE OF SERVICE OF
DEBTOR'S FIRST AMENDED CHAPTER 13 PLAN**

I certify that on <u>April 9, 2019</u> the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtor's petition and from the claims docket were served a copy of the Debtor's FIRST Amended Chapter 13 Plan either by way of ECF or by first class regular U.S. mail.

Dated:<u>April 9, 2019</u>

                                        _"/s/"Mitchell J. Prince
                                        John L. McClain, Esquire
                                        Mitchell J. Prince, Esquire
                                        Attorneys for debtor

John L. McClain and Associates
PO Box 123
Narberth, PA 19072