**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
    Core, Rebecca
      Debtor : 18-16422

## CERTIFICATE OF SERVICE

    I certify that on  July 18, 2019 , I mailed by regular first class mail and or by electronic means, a copy of the Debtor's Motion to Avoid Lien Impairing Exemption- Judicial Lien and Order Requiring Answer and Notice of Hearing to Consider Motion to the parties listed below.

Dated: July 18, 2019

      "/s/" Mitchell J. Prince
      John L. McClain, Esquire
      Mitchell J. Prince, Esquire
      Attorneys for debtor

**JOHN L. MCCLAIN & ASSOCIATES, PC**
**ATTORNEYS AT LAW**
**P.O. Box 123**
**Narberth, PA 19072**

Scott Waterman Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

**Ally Financial Inc**
Ally Detroit Center, Floor 10
500 Woodward Avenue
Detroit, MI 48226
ATTN: Mr. Jeffrey J. Brown, CEO

**Ally Financial Inc**
c/o Frederic I. Weinberg, Esquire
375 East Elm Street, Suite 210
Conshohocken, PA 19428.

Core, Rebecca
7353 N 19th Street
Philadelphia, PA 19126