# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
    Core, Rebecca
    Debtor : 18-16422

## ORDER

**AND NOW**, upon Motion of the Debtor to avoid a judicial lien held by **Ally Financial Inc** ("the Respondent") in personal property and/or real property of the Debtor located at 7353 N 19th Street, Philadelphia, PA 19126,

**AND**, the Debtor having asserted that the alleged lien arising from the judgment entered at the Court of Common Pleas of Philadelphia, Case No. 180701802 is subject to avoidance pursuant to 11 U.S.C. §522(f),

And, the Debtor having certified that adequate notice of the Motion was sent to the Respondent and that no answer or other response to the Motion has been filed,

It is hereby **ORDERED** that the Motion is **GRANTED** by default.

It is further **ORDERED**, subject to 11 U.S.C. §349(b), that the judicial lien held by the Respondent, if any, in the real property of the Debtor and/or the personal property of the Debtor listed and claimed as exempt in Schedule C of the Debtor's bankruptcy schedules is **AVOIDED**.

**Date:** 8/22/19

_____
**Jean K. FitzSimon**
**U.S. BANKRUPTCY JUDGE**

JOHN L. MCCLAIN & ASSOCIATES, PC
ATTORNEYS AT LAW
P.O. Box 123
Narberth, PA 19072

Scott Waterman Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Core, Rebecca
7353 N 19th Street
Philadelphia, PA 19126

**Ally Financial Inc**
Ally Detroit Center, Floor 10
500 Woodward Avenue
Detroit, MI 48226

ATTN: Mr. Jeffrey J. Brown, CEO

**Ally Financial Inc**
c/o Frederic I. Weinberg, Esquire
375 East Elm Street, Suite 210
Conshohocken, PA 19428.