United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-16422-jkf
Rebecca Core                                                          Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Lisa              Page 1 of 1          Date Rcvd: Aug 22, 2019
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2019.
      +Ally Financial Inc.,   c/o Frederic I. Weinberg, Esq.,   375 East Elm Street, Suite 210,   Conshohocken, PA 19428-1973

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2019                                          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2019 at the address(es) listed below:
      JEROME B. BLANK    on behalf of Creditor   DITECH FINANCIAL LLC paeb@fedphe.com
      JOHN L. MCCLAIN    on behalf of Debtor Rebecca  Core aaamcclain@aol.com, edpabankcourt@aol.com
      KATHERINE  SCHREIBER    on behalf of Creditor    Forge CU kathy_schreiber@yahoo.com
      KEVIN G. MCDONALD    on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
      MARIO J. HANYON    on behalf of Creditor   DITECH FINANCIAL LLC paeb@fedphe.com
      POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com, ecf_frpa@trustee13.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                 TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | : Chapter 13 |
| Core, Rebecca | |
| **Debtor** | : 18-16422 |

### ORDER

    **AND NOW**, upon Motion of the Debtor to avoid a judicial lien held by **Ally Financial Inc** ("the Respondent") in personal property and/or real property of the Debtor located at 7353 N 19th Street, Philadelphia, PA 19126,

    **AND**, the Debtor having asserted that the alleged lien arising from the judgment entered at the Court of Common Pleas of Philadelphia, Case No. 180701802 is subject to avoidance pursuant to 11 U.S.C. §522(f),

    And, the Debtor having certified that adequate notice of the Motion was sent to the Respondent and that no answer or other response to the Motion has been filed,

    It is hereby **ORDERED** that the Motion is **GRANTED** by default.

    It is further **ORDERED**, subject to 11 U.S.C. §349(b), that the judicial lien held by the Respondent, if any, in the real property of the Debtor and/or the personal property of the Debtor listed and claimed as exempt in Schedule C of the Debtor's bankruptcy schedules is **AVOIDED**.

**Date:** 8/22/19          _____
                                                 **Jean K. FitzSimon
                                                 U.S. BANKRUPTCY JUDGE**

JOHN L. MCCLAIN & ASSOCIATES, PC
ATTORNEYS AT LAW
P.O. Box 123
Narberth, PA 19072

Scott Waterman Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Core, Rebecca
7353 N 19th Street
Philadelphia, PA 19126

**Ally Financial Inc**
Ally Detroit Center, Floor 10
500 Woodward Avenue
Detroit, MI 48226

ATTN: Mr. Jeffrey J. Brown, CEO

**Ally Financial Inc**
c/o Frederic I. Weinberg, Esquire
375 East Elm Street, Suite 210
Conshohocken, PA 19428.