IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
    Core, Rebecca
        Debtor : 18-16422

## AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTIONS FOR REMITTANCE TO TRUSTEE

**TO EMPLOYER:**
**SEPTA, Attention Payroll Dept.**
**1234 Market St., 8th Floor**
**Philadelphia, PA 19107**

Re: **Core, Rebecca**
SSN: xxx-xx-0043

    The future earnings of the above named debtor Core, Rebecca, being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's amended chapter 13 plan,

    **It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of: **$725.00 for 12 months (Started back on October 1, 2018), then as of this October 1, 2019, the payment shall increase to $765 monthly for a period of 48 months,** pro rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

    The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

    **$725.00 for 12 months (Started back on October 1, 2018), then as of this October 1, 2019, the payment shall increase to $765 monthly for a period of 48 months to: Scott F. Waterman,** Trustee, P.O. Box 680, Memphis, TN 38101-0680

BY THE COURT:_____
                                 JUDGE

SEPTA, Attention Payroll Dept.      **Date: August 26, 2019**
1234 Market St., 8th Floor
Philadelphia, PA 19107

Core, Rebecca
7353 N 19th Street

Philadelphia, PA 19126

William C. Miller, , Interim Trustee
P.O. Box 680
Reading, PA 19606

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123