United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Rebecca Core  
      Debtor

Case No. 18-16422-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2  User: Lisa  Page 1 of 1  Date Rcvd: Aug 26, 2019  
                Form ID: pdf900  Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2019.
```
db          +Rebecca Core,    7353 N 19th Street,    Philadelphia, PA 19126-1541
cr          +Forge CU,    1402 Bywood Av,    Upper Darby, PA 19082-3720
            +SEPTA, Attention Payroll Dept.,    1234 Market Street,    Philadelphia, PA 19107-3780
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2019                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2019 at the address(es) listed below:
```
              JEROME B. BLANK    on behalf of Creditor    DITECH FINANCIAL LLC paeb@fedphe.com
              JOHN L. MCCLAIN    on behalf of Debtor Rebecca  Core aaamcclain@aol.com,    edpabankcourt@aol.com
              KATHERINE  SCHREIBER    on behalf of Creditor    Forge CU kathy_schreiber@yahoo.com
              KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    DITECH FINANCIAL LLC paeb@fedphe.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,    ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 9
```

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  : Chapter 13
    Core, Rebecca
    Debtor  : 18-16422

**AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE
DEDUCTIONS FOR REMITTANCE TO TRUSTEE**

**TO EMPLOYER:
SEPTA, Attention Payroll Dept.
1234 Market St., 8th Floor
Philadelphia, PA 19107**

Re:  **Core, Rebecca**
SSN: xxx-xx-0043

The future earnings of the above named debtor Core, Rebecca, being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's amended chapter 13 plan,

**It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of: **$725.00 for 12 months (Started back on October 1, 2018), then as of this October 1, 2019, the payment shall increase to $765 monthly for a period of 48 months,** pro rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

**$725.00 for 12 months (Started back on October 1, 2018), then as of this October 1, 2019, the payment shall increase to $765 monthly for a period of 48 months to: Scott F. Waterman,** Trustee, P.O. Box 680, Memphis, TN 38101-0680

BY THE COURT:_____
                        JUDGE

SEPTA, Attention Payroll Dept.      **Date: August 26, 2019**
1234 Market St., 8th Floor
Philadelphia, PA 19107

Core, Rebecca
7353 N 19th Street

Philadelphia, PA 19126

William C. Miller, , Interim Trustee
P.O. Box 680
Reading, PA 19606

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123