**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    **: Chapter 13**
  Core, Rebecca
      **Debtor**                          **:  18-16422**


**ORDER FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES**


AND NOW, this _18th____day of _September_____, 2019, upon
consideration of the Application for allowance of Compensation and
Reimbursement of Expenses filed by Debtor's counsel, IT IS HEREBY

  **ORDERED** that the Application is granted and compensation of $7,637.50
and $32.00 in expenses are **ALLOWED,** and  the unpaid balance of $7,637.50
and $32.00 may be paid through debtor's Chapter 13 Plan through the office of
the Chapter 13 trustee as an administrative priority expense, to the extent
provided for by the Debtor's confirmed plan.

_____
U.S. BANKRUPTCY JUDGE
Jean K. FitzSimon