United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 18-16422-jkf
Rebecca Core                                                                            Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Lisa              Page 1 of 1              Date Rcvd: Sep 18, 2019
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2019.
db             +Rebecca Core,    7353 N 19th Street,    Philadelphia, PA 19126-1541
cr             +Forge CU,    1402 Bywood Av,   Upper Darby, PA 19082-3720

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2019 at the address(es) listed below:
      JEROME B. BLANK    on behalf of Creditor    DITECH FINANCIAL LLC paeb@fedphe.com
      JOHN L. MCCLAIN    on behalf of Debtor Rebecca Core aaamcclain@aol.com, edpabankcourt@aol.com
      KATHERINE SCHREIBER    on behalf of Creditor    Forge CU kathy_schreiber@yahoo.com
      KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
      MARIO J. HANYON    on behalf of Creditor    DITECH FINANCIAL LLC paeb@fedphe.com
      POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
       ecf_frpa@trustee13.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
       ECF_FRPA@Trustee13.com
                                                                                   TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | **: Chapter 13** |
|   Core, Rebecca | |
|       **Debtor** | **: 18-16422** |

### ORDER FOR ALLOWANCE OF COMPENSATION
### AND REIMBURSEMENT OF EXPENSES

AND NOW, this _18th____day of _September_____, 2019, upon consideration of the Application for allowance of Compensation and Reimbursement of Expenses filed by Debtor's counsel, IT IS HEREBY

   **ORDERED** that the Application is granted and compensation of $7,637.50 and $32.00 in expenses are **ALLOWED,** and the unpaid balance of $7,637.50 and $32.00 may be paid through debtor's Chapter 13 Plan through the office of the Chapter 13 trustee as an administrative priority expense, to the extent provided for by the Debtor's confirmed plan.

_____
U.S. BANKRUPTCY JUDGE
Jean K. FitzSimon