UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)

| | |
|---|---|
| In Re:<br><br>**Rebecca Core**<br><br>Debtor | CHAPTER 13<br><br>CASE NO.: 18-16422-amc<br><br>HEARING DATE:  July 1, 2020<br>TIME: 9:30 A.M.<br>READING TELEPHONIC |

**ORDER APPROVING THE STIPULATION RESOLVING THE
MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

AND NOW,_____ it is hereby ORDERED that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

**Date: July 16, 2020**
_____

_____
Judge Ashely M. Chan