United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 18-16422-amc
Rebecca Core                                                                  Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 1    Date Rcvd: Jul 16, 2020
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2020.
db         +Rebecca Core,    7353 N 19th Street,    Philadelphia, PA 19126-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2020 at the address(es) listed below:
        HAROLD N. KAPLAN    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
         hkaplan@rasnj.com
        JEROME B. BLANK    on behalf of Creditor    DITECH FINANCIAL LLC paeb@fedphe.com
        JILL MARIE FEIN    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
         jfein@hillwallack.com,    skenny@hillwallack.com;lharkins@hillwallack.com
        JOHN L. MCCLAIN    on behalf of Debtor Rebecca  Core aaamcclain@aol.com,    edpabankcourt@aol.com
        KATHERINE  SCHREIBER    on behalf of Creditor    Forge CU kathy_schreiber@yahoo.com
        KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
        MARIO J. HANYON    on behalf of Creditor    DITECH FINANCIAL LLC paeb@fedphe.com
        POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    DITECH FINANCIAL LLC paeb@fedphe.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
         ECF_FRPA@Trustee13.com
                                                                                                                    TOTAL: 12

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)**

| | |
|---|---|
| In Re:<br><br>**Rebecca Core**<br><br>Debtor | CHAPTER 13<br><br>CASE NO.: 18-16422-amc<br><br>HEARING DATE:  July 1, 2020<br>TIME: 9:30 A.M.<br>READING TELEPHONIC |

**ORDER APPROVING THE STIPULATION RESOLVING THE
MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

AND NOW,_____ it is hereby ORDERED that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

**Date: July 16, 2020**
_____                                         _____
                                                                          Judge Ashely M. Chan