Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
**Chapter 13 Case No. 18-16422-AMC**

REBECCA  CORE  
7353 N 19TH STREET  
PHILADELPHIA  PA    19126

Petition Filed Date: 09/27/2018  
341 Hearing Date: 11/16/2018  
Confirmation Date: 07/10/2019

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2019 | $181.25 | 607133 | 01/10/2019 | $181.25 | 606613 | 01/15/2019 | $181.25 | 607737 |
| 01/23/2019 | $181.25 | 608326 | 01/30/2019 | $181.25 | 608767 | 02/07/2019 | $181.25 | 609283 |
| 02/13/2019 | $181.25 | 609774 | 02/20/2019 | $181.25 | 610354 | 02/28/2019 | $181.25 | 610849 |
| 03/07/2019 | $181.25 | 611460 | 03/12/2019 | $181.25 | 612121 | 03/22/2019 | $181.25 | 612619 |
| 03/26/2019 | $181.25 | 613178 | 04/09/2019 | $181.25 | 614328 | 04/17/2019 | $362.50 | 614891 |
| 04/30/2019 | $363.00 | 292 | 05/01/2019 | $181.25 | 615538 | 05/02/2019 | $181.25 | 616141 |
| 05/07/2019 | $181.25 | 616779 | 05/16/2019 | $362.50 | 617315 | 06/17/2019 | $181.25 | 619579 |
| 06/20/2019 | $181.25 | 620118 | 06/26/2019 | $181.25 | 620672 | 06/26/2019 | $181.25 | 620672 |
| 07/08/2019 | $181.25 | 621178 | 07/09/2019 | $181.25 | 621791 | 07/18/2019 | $181.25 | 622335 |
| 07/23/2019 | $181.25 | 622898 | 08/01/2019 | $181.25 | 623450 | 08/07/2019 | $181.25 | 624010 |
| 08/14/2019 | $181.25 | 624566 | 08/21/2019 | $181.25 | 625069 | 08/28/2019 | $181.25 | 625556 |
| 09/16/2019 | $181.25 | 626642 | 09/17/2019 | $181.25 | 627206 | 09/25/2019 | $181.25 | 627775 |
| 10/02/2019 | $181.25 | 628322 | 10/11/2019 | $191.25 | 628878 | 10/16/2019 | $191.25 | 629467 |
| 10/24/2019 | $191.25 | 630000 | 10/29/2019 | $382.50 | 630495 | 11/05/2019 | $191.25 | 631149 |
| 11/20/2019 | $191.25 | 632248 | 11/27/2019 | $191.25 | 632809 | 12/11/2019 | $191.25 | 633900 |
| 12/26/2019 | $191.25 | 634485 | 12/30/2019 | $191.25 | 635046 | 01/02/2020 | $191.25 | 635489 |
| 01/07/2020 | $191.25 | 635876 | 01/15/2020 | $191.25 | 636461 | 01/22/2020 | $191.25 | 637059 |
| 01/28/2020 | $191.25 | 637478 | 02/11/2020 | $191.25 | 638586 | 02/19/2020 | $191.25 | 639140 |
| 02/26/2020 | $191.25 | 639721 | 03/03/2020 | $191.25 | 640326 | 03/11/2020 | $191.25 | 640914 |
| 03/24/2020 | $191.25 | 641448 | 03/24/2020 | $191.25 | 642025 | 03/31/2020 | $191.25 | 642466 |
| 04/08/2020 | $191.25 | 642927 | 04/15/2020 | $191.25 | 643344 | 04/21/2020 | $191.25 | 643747 |
| 05/06/2020 | $191.25 | 645208 | 05/11/2020 | $191.25 | 644172 | 05/14/2020 | $191.25 | 646123 |
| 05/20/2020 | $191.25 | 646746 | 05/27/2020 | $191.25 | 647243 | 06/11/2020 | $191.25 | 648057 |
| 06/16/2020 | $191.25 | 648480 | 06/24/2020 | $191.25 | 649020 | 07/01/2020 | $191.25 | 649419 |
| 07/13/2020 | $191.25 | 650039 | 07/14/2020 | $191.25 | 650430 | 07/22/2020 | $191.25 | 650873 |
| 07/28/2020 | $191.25 | 651419 | 08/11/2020 | $191.25 | 652390 | | | |

**Total Receipts for the Period: $15,091.75    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $17,085.50**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 12 | ASHRO LIFESTYLE<br>»» 012 | Unsecured Creditors | $166.52 | $0.00 | $166.52 |
| 9 | ATLAS ACQUISITIONS LLC<br>»» 009 | Unsecured Creditors | $341.40 | $0.00 | $341.40 |

**Chapter 13 Case No. 18-16422-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 7 | AUTO TRAKK LLC »» 007 | Unsecured Creditors | $3,910.77 | $0.00 | $3,910.77 |
| 1 | CAVALRY INVESTMENTS LLC »» 001 | Unsecured Creditors | $826.87 | $0.00 | $826.87 |
| 13 | NEWREZ LLC  D/B/A »» 013 | Mortgage Arrears | $5,240.63 | $1,201.08 | $4,039.55 |
| 10 | MIDNIGHT VELVET »» 010 | Unsecured Creditors | $106.68 | $0.00 | $106.68 |
| 11 | MONROE & MAIN »» 011 | Unsecured Creditors | $319.82 | $0.00 | $319.82 |
| 8 | PHILADELPHIA GAS WORKS »» 008 | Unsecured Creditors | $180.79 | $0.00 | $180.79 |
| 14 | CITY OF PHILADELPHIA (LD) »» 014 | Secured Creditors | $640.75 | $146.84 | $493.91 |
| 6 | POLICE & FIRE FCU »» 006 | Unsecured Creditors | $1,529.14 | $0.00 | $1,529.14 |
| 4 | FORGE CU »» 004 | Unsecured Creditors | $2,397.14 | $0.00 | $2,397.14 |
| 5 | FORGE CU »» 005 | Unsecured Creditors | $483.34 | $0.00 | $483.34 |
| 3 | RAYMOUR & FLANIGAN »» 003 | Unsecured Creditors | $2,986.00 | $0.00 | $2,986.00 |
| 2 | SANTANDER CONSUMER USA »» 002 | Secured Creditors | $26,317.85 | $6,031.59 | $20,286.26 |
| 15 | JOHN L MC CLAIN ESQ »» 015 | Attorney Fees | $7,669.50 | $7,669.50 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,085.50 | Current Monthly Payment: | $765.00 |
| Paid to Claims: | $15,049.01 | Arrearages: | ($615.50) |
| Paid to Trustee: | $1,520.10 | Total Plan Base: | $45,540.00 |
| Funds on Hand: | $516.39 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.