# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | : Chapter 13 |
|     **Core, Rebecca** | : |
| | : 18-16422 |
|     **Debtor** | : |

## ORDER

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's proposed Modified Chapter 13 Plan is **APPROVED**.

**Date:** _____          _____
    **Date: February 24, 2021**          **Ashely M. Chan**
                                                                                  **U.S. BANKRUPTCY JUDGE**