**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                      : **Chapter 13**
  **Core, Rebecca**
          **Debtor**                        :  **18-16422**

**CERTIFICATE OF SERVICE OF NOTICE OF FILING OF SUPPLEMENTAL
APPLICATION FOR APPROVAL OF COUNSEL FEES**

I certify that on the date shown below  a copy of the SUPPLEMENTAL

APPLICATION FOR APPROVAL OF COUNSEL FEES was served upon the

debtor and the NOTICE OF FILING OF SUPPLEMENTAL APPLICATION FOR

APPROVAL OF COUNSEL FEES was served upon the parties listed below, all

interested parties and all creditors by mailing such copy by  first class, regular

U.S. mail, postage prepaid or by electronic means.


April 21, 2021

/"s"/ Mitchell J. Prince, Esquire
Mitchell J. Prince, Esquire
John L. McClain, Esquire
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Scott Waterman Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606


United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Core, Rebecca
7353 N 19th Street
Philadelphia, PA 19126