Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
### Chapter 13 Case No. 18-16422-AMC

REBECCA CORE  
7353 N 19TH STREET  
PHILADELPHIA PA    19126

Petition Filed Date: 09/27/2018  
341 Hearing Date: 11/16/2018  
Confirmation Date: 07/10/2019

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 01/02/2020 | $191.25 | 635489 | 01/07/2020 | $191.25 | 635876 | 01/15/2020 | $191.25 | 636461 |
| 01/22/2020 | $191.25 | 637059 | 01/28/2020 | $191.25 | 637478 | 02/11/2020 | $191.25 | 638586 |
| 02/19/2020 | $191.25 | 639140 | 02/26/2020 | $191.25 | 639721 | 03/03/2020 | $191.25 | 640326 |
| 03/11/2020 | $191.25 | 640914 | 03/24/2020 | $191.25 | 641448 | 03/24/2020 | $191.25 | 642025 |
| 03/31/2020 | $191.25 | 642466 | 04/08/2020 | $191.25 | 642927 | 04/15/2020 | $191.25 | 643344 |
| 04/21/2020 | $191.25 | 643747 | 05/06/2020 | $191.25 | 645208 | 05/11/2020 | $191.25 | 644172 |
| 05/14/2020 | $191.25 | 646123 | 05/20/2020 | $191.25 | 646746 | 05/27/2020 | $191.25 | 647243 |
| 06/11/2020 | $191.25 | 648057 | 06/16/2020 | $191.25 | 648480 | 06/24/2020 | $191.25 | 649020 |
| 07/01/2020 | $191.25 | 649419 | 07/13/2020 | $191.25 | 650039 | 07/14/2020 | $191.25 | 650430 |
| 07/22/2020 | $191.25 | 650873 | 07/28/2020 | $191.25 | 651419 | 08/11/2020 | $191.25 | 652390 |
| 08/18/2020 | $191.25 | 652641 | 08/26/2020 | $191.25 | 652991 | 09/02/2020 | $191.25 | 653399 |
| 09/09/2020 | $191.25 | 653804 | 09/17/2020 | $191.25 | 654041 | 09/23/2020 | $191.25 | 654398 |
| 09/30/2020 | $191.25 | 654754 | 10/06/2020 | $382.50 | 655262 | 10/14/2020 | $191.25 | 655601 |
| 10/27/2020 | $382.50 | 656391 | 11/24/2020 | $191.25 | 657659 | 11/25/2020 | $191.25 | 658087 |
| 12/04/2020 | $191.25 | 658430 | 12/09/2020 | $191.25 | 658838 | 12/17/2020 | $191.25 | 659610 |
| 01/06/2021 | $191.25 | 660252 | 01/08/2021 | $191.25 | 660787 | 01/19/2021 | $191.25 | 661525 |
| 01/22/2021 | $191.25 | 662049 | 01/27/2021 | $191.25 | 662414 | 02/03/2021 | $191.25 | 662905 |
| 02/23/2021 | $191.25 | 663303 | 03/02/2021 | $191.25 | 663812 | 03/08/2021 | $191.25 | 664937 |
| 03/12/2021 | $191.25 | 664367 | 03/12/2021 | $191.25 | 665365 | 03/22/2021 | $191.25 | 665784 |
| 03/24/2021 | $382.50 | 666288 | 03/30/2021 | $191.25 | 667104 | 04/14/2021 | $191.25 | 668567 |
| 04/27/2021 | $191.25 | 668971 | 04/28/2021 | $191.25 | 669515 | 05/14/2021 | $191.25 | 670597 |
| 05/19/2021 | $191.25 | 671015 | 05/26/2021 | $191.25 | 671428 | 06/08/2021 | $191.25 | 672178 |

**Total Receipts for the Period: $13,196.25  Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $24,544.25**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 12 | ASHRO LIFESTYLE<br>»» 012 | Unsecured Creditors | $166.52 | $0.00 | $166.52 |
| 9 | ATLAS ACQUISITIONS LLC<br>»» 009 | Unsecured Creditors | $341.40 | $0.00 | $341.40 |
| 7 | AUTO TRAKK LLC<br>»» 007 | Unsecured Creditors | $3,910.77 | $0.00 | $3,910.77 |
| 1 | CAVALRY INVESTMENTS LLC<br>»» 001 | Unsecured Creditors | $826.87 | $0.00 | $826.87 |
| 13 | NEWREZ LLC D/B/A<br>»» 013 | Mortgage Arrears | $5,240.63 | $1,976.63 | $3,264.00 |

**Chapter 13 Case No. 18-16422-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 10 | MIDNIGHT VELVET<br>»» 010 | Unsecured Creditors | $106.68 | $0.00 | $106.68 |
| 11 | MONROE & MAIN<br>»» 011 | Unsecured Creditors | $319.82 | $0.00 | $319.82 |
| 8 | PHILADELPHIA GAS WORKS<br>»» 008 | Unsecured Creditors | $180.79 | $0.00 | $180.79 |
| 14 | CITY OF PHILADELPHIA (LD)<br>»» 014 | Secured Creditors | $640.75 | $234.19 | $406.56 |
| 6 | POLICE & FIRE FCU<br>»» 006 | Unsecured Creditors | $1,529.14 | $0.00 | $1,529.14 |
| 4 | FORGE CU<br>»» 004 | Unsecured Creditors | $2,397.14 | $0.00 | $2,397.14 |
| 5 | FORGE CU<br>»» 005 | Unsecured Creditors | $483.34 | $0.00 | $483.34 |
| 3 | RAYMOUR & FLANIGAN<br>»» 003 | Unsecured Creditors | $2,986.00 | $0.00 | $2,986.00 |
| 2 | SANTANDER CONSUMER USA<br>»» 002 | Secured Creditors | $28,214.18 | $9,993.03 | $18,221.15 |
| 15 | JOHN L MC CLAIN ESQ<br>»» 015 | Attorney Fees | $7,669.50 | $7,669.50 | $0.00 |
| 0 | JOHN L MC CLAIN ESQ | Attorney Fees | $1,650.00 | $1,650.00 | $0.00 |
| 15 | NEWREZ LLC  D/B/A<br>»» N/A | Secured Creditors | $16,020.62 | $563.85 | $15,456.77 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $24,544.25 | Current Monthly Payment: | $765.00 |
| Paid to Claims: | $22,087.20 | Arrearages: | ($383.25) |
| Paid to Trustee: | $2,105.32 | Total Plan Base: | $66,392.00 |
| Funds on Hand: | $351.73 | | |

### NOTES:

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.