| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 18-16422-AMC**

REBECCA CORE
7353 N 19TH STREET
PHILADELPHIA PA   19126

Petition Filed Date: 09/27/2018
341 Hearing Date: 11/16/2018
Confirmation Date: 07/10/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/14/2021 | $191.25 | 668567 | 04/27/2021 | $191.25 | 668971 | 04/28/2021 | $191.25 | 669515 |
| 05/14/2021 | $191.25 | 670597 | 05/19/2021 | $191.25 | 671015 | 05/26/2021 | $191.25 | 671428 |
| 06/08/2021 | $191.25 | 672178 | 06/10/2021 | $191.25 | 672889 | 06/18/2021 | $191.25 | 673514 |
| 06/23/2021 | $191.25 | 673996 | 07/07/2021 | $191.25 | 675017 | 07/07/2021 | $191.25 | 674561 |
| 07/15/2021 | $191.25 | 675507 | 07/21/2021 | $191.25 | 675913 | 07/28/2021 | $191.25 | 676393 |
| 08/17/2021 | $191.25 | 677572 | 08/19/2021 | $191.25 | 678019 | 08/25/2021 | $191.25 | 678831 |
| 09/01/2021 | $382.50 | 679228 | 09/08/2021 | $191.25 | 679709 | 09/22/2021 | $191.25 | 680864 |
| 09/28/2021 | $191.25 | 681529 | 10/06/2021 | $191.25 | 681999 | 10/14/2021 | $191.25 | 682553 |
| 10/21/2021 | $191.25 | 682993 | 11/01/2021 | $191.25 | 683764 | 11/10/2021 | $191.25 | 684728 |
| 11/23/2021 | $191.25 | 685225 | 11/30/2021 | $382.50 | 686136 | 12/09/2021 | $191.25 | 686488 |
| 12/15/2021 | $191.25 | 687739 | 01/04/2022 | $191.25 | 688248 | 01/04/2022 | $191.25 | 688682 |
| 01/13/2022 | $191.25 | 689326 | 01/25/2022 | $191.25 | 690122 | 01/27/2022 | $191.25 | 690606 |
| 02/07/2022 | $191.25 | 691016 | 02/10/2022 | $191.25 | 691450 | 02/23/2022 | $191.25 | 691877 |
| 03/02/2022 | $191.25 | 693156 | 03/10/2022 | $191.25 | 693642 | 03/17/2022 | $191.25 | 694131 |
| 03/23/2022 | $382.50 | 695108 | 03/29/2022 | $191.25 | 695582 | 04/13/2022 | $191.25 | 696576 |
| 04/19/2022 | $191.25 | 697240 | 04/26/2022 | $191.25 | 697666 | 05/11/2022 | $191.25 | 698633 |
| 05/18/2022 | $191.25 | 699051 | 05/25/2022 | $191.25 | 699545 | 06/02/2022 | $191.25 | 700478 |
| 06/08/2022 | $191.25 | 700952 | 06/14/2022 | $191.25 | 701866 | 06/22/2022 | $382.50 | 702358 |
| 06/29/2022 | $191.25 | 702819 | 07/13/2022 | $191.25 | 703821 | 07/19/2022 | $191.25 | 704647 |
| 07/26/2022 | $191.25 | 705123 | | | | | | |

**Total Receipts for the Period: $11,857.50    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $35,063.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 12 | ASHRO LIFESTYLE<br>»» 012 | Unsecured Creditors | $166.52 | $0.00 | $166.52 |
| 9 | ATLAS ACQUISITIONS LLC<br>»» 009 | Unsecured Creditors | $341.40 | $0.00 | $341.40 |
| 7 | AUTO TRAKK LLC<br>»» 007 | Unsecured Creditors | $3,910.77 | $0.00 | $3,910.77 |
| 1 | CAVALRY SPV INVESTMENTS LLC<br>»» 001 | Unsecured Creditors | $826.87 | $0.00 | $826.87 |
| 13 | NEWREZ LLC  D/B/A<br>»» 013 | Mortgage Arrears | $5,240.63 | $2,831.90 | $2,408.73 |
| 10 | MIDNIGHT VELVET<br>»» 010 | Unsecured Creditors | $106.68 | $0.00 | $106.68 |

| | | | | | |
|---|---|---|---|---|---|
| 11 | MONROE & MAIN<br>»» 011 | Unsecured Creditors | $319.82 | $0.00 | $319.82 |
| 8 | PHILADELPHIA GAS WORKS<br>»» 008 | Unsecured Creditors | $180.79 | $0.00 | $180.79 |
| 14 | CITY OF PHILADELPHIA (LD)<br>»» 014 | Secured Creditors | $640.75 | $340.59 | $300.16 |
| 6 | POLICE & FIRE FCU<br>»» 006 | Unsecured Creditors | $1,529.14 | $0.00 | $1,529.14 |
| 4 | FORGE CU<br>»» 004 | Unsecured Creditors | $2,397.14 | $0.00 | $2,397.14 |
| 5 | FORGE CU<br>»» 005 | Unsecured Creditors | $483.34 | $0.00 | $483.34 |
| 3 | RAYMOUR & FLANIGAN<br>»» 003 | Unsecured Creditors | $2,986.00 | $0.00 | $2,986.00 |
| 2 | SANTANDER CONSUMER USA<br>»» 002 | Secured Creditors | $28,214.18 | $14,767.50 | $13,446.68 |
| 15 | JOHN L MC CLAIN ESQ<br>»» 015 | Attorney Fees | $7,669.50 | $7,669.50 | $0.00 |
| 0 | JOHN L MC CLAIN ESQ | Attorney Fees | $1,650.00 | $1,650.00 | $0.00 |
| 15 | NEWREZ LLC  D/B/A<br>»» N/A | Secured Creditors | $16,020.62 | $4,613.98 | $11,406.64 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $35,063.00 | Current Monthly Payment: | $765.00 |
| Paid to Claims: | $31,873.47 | Arrearages: | ($192.00) |
| Paid to Trustee: | $3,007.94 | Total Plan Base: | $66,392.00 |
| Funds on Hand: | $181.59 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.