**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | |
|---|---|
| IN RE: ) | |
| REBECCA CORE ) | CASE NO.: 2:18-bk-16422-amc |
| ) | **CHAPTER 13** |
| ) | **JUDGE ASHELY M. CHAN** |
| DEBTOR ) | |
| ) | |
| NEW REZ LLC D/B/A SHELLPOINT ) | |
| MORTGAGE SERVICING ) | |
| ) | |
| MOVANT ) | |
| ) | |
| REBECCA CORE, DEBTOR, AND ) | |
| SCOTT F. WATERMAN, TRUSTEE ) | |
| ) | |
| RESPONDENTS ) | |

## ORDER

AND NOW, this 15th day of May, 2023 upon filing of a Certificate of Default by the Movant in accordance with the Stipulation of the parties approved by the Court on July 16, 2020, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code; as amended by (the Bankruptcy Code), is modified as to the premises **7353 N 19th Street, Philadelphia, PA 19126** so as to allow NewRez LLC d/b/a Shellpoint Mortgage Servicing or its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
United States Bankruptcy Judge

cc: See attached service list