United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-16422-amc |
| Rebecca Core | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 16, 2023 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Rebecca Core, 7353 N 19th Street, Philadelphia, PA 19126-1541 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: bnc@atlasacq.com | May 17 2023 00:14:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | + Email/Text: rachael@forgecu.org | May 17 2023 00:15:00 | Forge CU, 1402 Bywood Av, Upper Darby, PA 19082-3720 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2023                Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| HAROLD N. KAPLAN | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing hkaplan@rasnj.com |
| JEROME B. BLANK | on behalf of Creditor DITECH FINANCIAL LLC jblank@pincuslaw.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 16, 2023 | Form ID: pdf900 | Total Noticed: 3 |

JILL MARIE FEIN
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing jfein@hillwallack.com
    lharkins@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

JOHN L. MCCLAIN
    on behalf of Debtor Rebecca Core aaamcclain@aol.com edpabankcourt@aol.com;JLMcClain@jubileebk.net

JOSHUA I. GOLDMAN
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing Josh.Goldman@padgettlawgroup.com
    angelica.reyes@padgettlawgroup.com

KATHERINE SCHREIBER
    on behalf of Creditor Forge CU kathy_schreiber@yahoo.com

KEVIN G. MCDONALD
    on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com

MARIO J. HANYON
    on behalf of Creditor DITECH FINANCIAL LLC wbecf@brockandscott.com mario.hanyon@brockandscott.com

POLLY A. LANGDON
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

THOMAS SONG
    on behalf of Creditor DITECH FINANCIAL LLC tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | |
|---|---|
| IN RE: ) | |
| REBECCA CORE ) | CASE NO.: 2:18-bk-16422-amc |
| ) | CHAPTER 13 |
| ) | JUDGE ASHELY M. CHAN |
| DEBTOR ) | |
| ) | |
| NEW REZ LLC D/B/A SHELLPOINT ) | |
| MORTGAGE SERVICING ) | |
| ) | |
| MOVANT ) | |
| ) | |
| REBECCA CORE, DEBTOR, AND ) | |
| SCOTT F. WATERMAN, TRUSTEE ) | |
| ) | |
| RESPONDENTS ) | |

**ORDER**

AND NOW, this 15th day of May, 2023 upon filing of a Certificate of Default by the Movant in accordance with the Stipulation of the parties approved by the Court on July 16, 2020, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code; as amended by (the Bankruptcy Code), is modified as to the premises **7353 N 19th Street, Philadelphia, PA 19126** so as to allow NewRez LLC d/b/a Shellpoint Mortgage Servicing or its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
United States Bankruptcy Judge

cc: See attached service list