United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-16422-amc |
| Rebecca Core | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 19, 2023 | Form ID: pdf900 | Total Noticed: 39 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rebecca Core, 7353 N 19th Street, Philadelphia, PA 19126-1541 |
| 14395713 | | DITECH FINANCIAL LLC, C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14242399 | | Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 14303442 | + | Ditech Financial LLC, Kevin G. McDonald Esq., KML Law Group LLC, 701 Market Street ste 500, Philadelphia Pa 19106-1541 |
| 14204124 | + | Ditech Financial Llc, 332 Minnesota St Ste 610, Saint Paul, MN 55101-1314 |
| 14204126 | + | John L. McClain and Associates, PO Box 123, Narberth, PA 19072-0123 |
| 14217220 | + | Katherine Schreiber, 4005 Gypsy Lane, Philadelphia, PA 19129-5527 |
| 14217216 | + | Raymour & Flanigan, Simons Agency Inc., PO Box 5026, Syracuse, NY 13220-5026 |
| 14204138 | + | WEINBERG, FREDERIC I, Esq, 375 EAST ELM STREET/ SUITE 210, CONSHOHOCKEN PA 19428-1973 |
| 14204137 | + | Water Revenue, City of Philadelphia, PO Box 41496, Philadelphia, PA 19101-1496 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 20 2023 00:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 20 2023 00:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: bnc@atlasacq.com | Jul 20 2023 00:31:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | + | Email/Text: rachael@forgecu.org | Jul 20 2023 00:32:00 | Forge CU, 1402 Bywood Av, Upper Darby, PA 19082-3720 |
| 14204118 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 20 2023 00:31:00 | ALLY FINANCIAL INC, 500 WOODWARD AVE, DETROIT MI 48226-3416 |
| 14233362 | | Email/Text: bnc@atlasacq.com | Jul 20 2023 00:31:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 441, Teaneck NJ 07666 |
| 14204117 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 20 2023 00:31:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14204119 | + | Email/Text: bankruptcy@sccompanies.com | Jul 20 2023 00:32:00 | Ashro, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14235617 | + | Email/Text: bankruptcy@sccompanies.com | Jul 20 2023 00:32:00 | Ashro Lifestyle, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14221198 | + | Email/Text: aleasure@autotrakk.com | Jul 20 2023 00:32:00 | Auto Trakk LLC, 1500 Sycamore Road Suite 200, Montoursville, PA 17754-9416 |
| 14204120 | + | Email/Text: aleasure@autotrakk.com | Jul 20 2023 00:32:00 | Auto Trakk, Llc, 1500 Sycamore Rd, Montoursville, PA 17754-9416 |
| 14288159 | | Email/Text: megan.harper@phila.gov | Jul 20 2023 00:32:00 | City of Philadelphia, Law Department Tax & |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14204121 | + | Email/Text: bankruptcy@usecapital.com | Jul 20 2023 00:32:00 | Capital Accounts, Po Box 140065, Nashville, TN 37214-0065 |
| 14204122 | + | Email/Text: bankruptcy@cavps.com | Jul 20 2023 00:32:00 | Cavalry Portfolio Serv, Po Box 27288, Tempe, AZ 85285-7288 |
| 14206764 | + | Email/Text: bankruptcy@cavps.com | Jul 20 2023 00:32:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14204123 | + | Email/Text: compliance@contractcallers.com | Jul 20 2023 00:32:00 | Contract Callers Inc, 501 Greene St Ste 302, Augusta, GA 30901-4415 |
| 14204125 | + | Email/Text: rachael@forgecu.org | Jul 20 2023 00:32:00 | Forge Cu Fka Pstc Fcu, 1402 Bywood Ave, Upper Darby, PA 19082-3720 |
| 14204127 | + | Email/Text: bankruptcy@sccompanies.com | Jul 20 2023 00:32:00 | Midnight Velvet, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14235616 | + | Email/Text: bankruptcy@sccompanies.com | Jul 20 2023 00:32:00 | Midnight Velvet, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14235618 | + | Email/Text: bankruptcy@sccompanies.com | Jul 20 2023 00:32:00 | Monroe & Main, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14204128 | + | Email/Text: bankruptcy@sccompanies.com | Jul 20 2023 00:32:00 | Monroe And Main, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14476511 | | Email/Text: mtgbk@shellpointmtg.com | Jul 20 2023 00:31:00 | NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14204129 | + | Email/Text: bankruptcygroup@peco-energy.com | Jul 20 2023 00:31:00 | PECO Energy Co, PO Box 13439, Philadelphia, PA 19101-3439 |
| 14204130 | ^ | MEBN | Jul 20 2023 00:23:51 | PGW, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14204131 | + | Email/Text: bankruptcy1@pffcu.org | Jul 20 2023 00:31:00 | Police And Fire Fcu, 3333 Street Rd, Bensalem, PA 19020-2022 |
| 14204133 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 20 2023 00:32:00 | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14204134 | + | Email/Text: clientservices@simonsagency.com | Jul 20 2023 00:32:00 | Simons Agency Inc, 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 14204135 | + | Email/Text: bankruptcy@sw-credit.com | Jul 20 2023 00:31:00 | Southwest Credit Syste, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 14204136 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 20 2023 00:31:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14204132 | *+ | Rebecca Core, 7353 N 19th Street, Philadelphia, PA 19126-1541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 19, 2023 | Form ID: pdf900 | Total Noticed: 39 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2023 at the address(es) listed below:**

**Name**             **Email Address**

CHARLES GRIFFIN WOHLRAB
   on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@ecf.courtdrive.com

HAROLD N. KAPLAN
   on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing hkaplan@rasnj.com

JEROME B. BLANK
   on behalf of Creditor DITECH FINANCIAL LLC jblank@pincuslaw.com  brausch@pincuslaw.com

JILL MARIE FEIN
   on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing jfein@hillwallack.com
   lharkins@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

JOHN L. MCCLAIN
   on behalf of Debtor Rebecca Core aaamcclain@aol.com  edpabankcourt@aol.com;JLMcClain@jubileebk.net

JOSHUA I. GOLDMAN
   on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing Josh.Goldman@padgettlawgroup.com
   angelica.reyes@padgettlawgroup.com;BKecf@padgettlawgroup.com

KATHERINE SCHREIBER
   on behalf of Creditor Forge CU kathy_schreiber@yahoo.com

KEVIN G. MCDONALD
   on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com

MARIO J. HANYON
   on behalf of Creditor DITECH FINANCIAL LLC wbecf@brockandscott.com  mario.hanyon@brockandscott.com

POLLY A. LANGDON
   on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
   ECFMail@ReadingCh13.com

THOMAS SONG
   on behalf of Creditor DITECH FINANCIAL LLC tomysong0@gmail.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 13

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
    REBECCA CORE

Chapter 13

Bankruptcy No. 18-16422-AMC

Debtor

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

Date: July 19, 2023

_____  
ASHELY M. CHAN  
U.S. BANKRUPTCY JUDGE