# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                                           : Chapter 13
    Core, Rebecca

      Debtor(s)                                              : 18-16422

        :

## ORDER TERMINATING WAGE ORDER

**AND NOW,** this 3rd day of August 2023, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

**ORDERED**, that the wage order previously entered in this case, directing SEPTA, Attention Payroll Dept. to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

                              BY THE COURT

                              _____
                              JUDGE

SEPTA, Attention Payroll Dept.
1234 Market St., 8th Floor
Philadelphia, PA 19107


John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Core, Rebecca

7353 N 19th Street
Philadelphia, PA 19126


Scott Waterman Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606