United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-16422-amc |
| Rebecca Core | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 03, 2023 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rebecca Core, 7353 N 19th Street, Philadelphia, PA 19126-1541 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bnc@atlasacq.com | Aug 03 2023 23:31:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | + | Email/Text: rachael@forgecu.org | Aug 03 2023 23:32:00 | Forge CU, 1402 Bywood Av, Upper Darby, PA 19082-3720 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2023                Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2023 at the address(es) listed below:

**Name              Email Address**

CHARLES GRIFFIN WOHLRAB
              on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@ecf.courtdrive.com

HAROLD N. KAPLAN
              on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing hkaplan@rasnj.com

JEROME B. BLANK

Case 18-16422-amc    Doc 91    Filed 08/05/23    Entered 08/06/23 00:27:59    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 03, 2023 | Form ID: pdf900 | Total Noticed: 3 |

on behalf of Creditor DITECH FINANCIAL LLC jblank@pincuslaw.com  brausch@pincuslaw.com

JILL MARIE FEIN
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing jfein@hillwallack.com lharkins@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

JOHN L. MCCLAIN
on behalf of Debtor Rebecca Core aaamcclain@aol.com  edpabankcourt@aol.com;JLMcClain@jubileebk.net

JOSHUA I. GOLDMAN
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing Josh.Goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com;BKecf@padgettlawgroup.com

KATHERINE SCHREIBER
on behalf of Creditor Forge CU kathy_schreiber@yahoo.com

KEVIN G. MCDONALD
on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com

MARIO J. HANYON
on behalf of Creditor DITECH FINANCIAL LLC wbecf@brockandscott.com  mario.hanyon@brockandscott.com

POLLY A. LANGDON
on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

THOMAS SONG
on behalf of Creditor DITECH FINANCIAL LLC tomysong0@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              : Chapter 13
    Core, Rebecca

    Debtor(s)                            : 18-16422

:

### ORDER TERMINATING WAGE ORDER

**AND NOW,** this 3rd day of August 2023, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

**ORDERED**, that the wage order previously entered in this case, directing SEPTA, Attention Payroll Dept. to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

BY THE COURT

_____
JUDGE

SEPTA, Attention Payroll Dept.
1234 Market St., 8th Floor
Philadelphia, PA 19107


John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Core, Rebecca

7353 N 19th Street
Philadelphia, PA 19126


Scott Waterman Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606