Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
Chapter 13 Case No. 18-16422-AMC

REBECCA CORE  
7353 N 19TH STREET  
PHILADELPHIA PA  19126

Petition Filed Date: 09/27/2018  
341 Hearing Date: 11/16/2018  
Confirmation Date: 07/10/2019

Case Status: Dismissed After Confirmation on 7/19/2023

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/09/2022 | $191.25 | 706059 | 08/16/2022 | $191.25 | 706527 | 08/23/2022 | $191.25 | 707005 |
| 08/30/2022 | $191.25 | 707508 | 09/09/2022 | $191.25 | 708025 | 09/16/2022 | $191.25 | 708832 |
| 09/21/2022 | $191.25 | 709196 | 09/28/2022 | $191.25 | 709653 | 10/18/2022 | $191.25 | 710622 |
| 10/20/2022 | $191.25 | 711101 | 10/27/2022 | $191.25 | 712351 | 11/02/2022 | $191.25 | 712786 |
| 11/08/2022 | $382.50 | 713285 | 11/21/2022 | $191.25 | 713776 | 11/22/2022 | $191.25 | 714273 |
| 12/07/2022 | $191.25 | 715623 | 12/15/2022 | $191.25 | 716067 | 12/21/2022 | $191.25 | 716512 |
| 12/30/2022 | $191.25 | 717210 | 01/11/2023 | $191.25 | 717995 | 01/18/2023 | $191.25 | 718468 |
| 01/25/2023 | $191.25 | 718957 | 02/01/2023 | $191.25 | 719818 | 02/08/2023 | $191.25 | 720309 |
| 02/15/2023 | $191.25 | 720957 | 02/22/2023 | $191.25 | 721217 | 05/10/2023 | $191.25 | 727837 |
| 06/06/2023 | $191.25 | 730393 | 06/13/2023 | $191.25 | 730681 | 06/13/2023 | $191.25 | 730950 |
| 06/26/2023 | $191.25 | 731491 | 06/28/2023 | $191.25 | 731997 | 07/14/2023 | $191.25 | 733554 |
| 07/18/2023 | $191.25 | 734027 | 07/25/2023 | $382.50 | 734489 | | | |

**Total Receipts for the Period: $7,076.25    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $42,330.50**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 12 | ASHRO LIFESTYLE  »» 012 | Unsecured Creditors | $166.52 | $0.00 | $166.52 |
| 9 | ATLAS ACQUISITIONS LLC  »» 009 | Unsecured Creditors | $341.40 | $0.00 | $341.40 |
| 7 | AUTO TRAKK LLC  »» 007 | Unsecured Creditors | $3,910.77 | $0.00 | $3,910.77 |
| 1 | CAVALRY SPV INVESTMENTS LLC  »» 001 | Unsecured Creditors | $826.87 | $0.00 | $826.87 |
| 13 | NEWREZ LLC D/B/A  »» 013 | Mortgage Arrears | $5,240.63 | $3,323.39 | $1,917.24 |
| 10 | MIDNIGHT VELVET  »» 010 | Unsecured Creditors | $106.68 | $0.00 | $106.68 |
| 11 | MONROE & MAIN  »» 011 | Unsecured Creditors | $319.82 | $0.00 | $319.82 |
| 8 | PHILADELPHIA GAS WORKS  »» 008 | Unsecured Creditors | $180.79 | $0.00 | $180.79 |
| 14 | CITY OF PHILADELPHIA (LD)  »» 014 | Secured Creditors | $640.75 | $396.99 | $243.76 |
| 6 | POLICE & FIRE FCU  »» 006 | Unsecured Creditors | $1,529.14 | $0.00 | $1,529.14 |

**Chapter 13 Case No. 18-16422-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 4 | FORGE CU<br>»» 004 | Unsecured Creditors | $2,397.14 | $0.00 | $2,397.14 |
| 5 | FORGE CU<br>»» 005 | Unsecured Creditors | $483.34 | $0.00 | $483.34 |
| 3 | RAYMOUR & FLANIGAN<br>»» 003 | Unsecured Creditors | $2,986.00 | $0.00 | $2,986.00 |
| 2 | SANTANDER CONSUMER USA<br>»» 002 | Secured Creditors | $28,214.18 | $17,511.22 | $10,702.96 |
| 15 | JOHN L MC CLAIN ESQ<br>»» 015 | Attorney Fees | $7,669.50 | $7,669.50 | $0.00 |
| 0 | JOHN L MC CLAIN ESQ | Attorney Fees | $1,650.00 | $1,650.00 | $0.00 |
| 15 | NEWREZ LLC D/B/A<br>»» N/A | Secured Creditors | $16,020.62 | $6,941.45 | $9,079.17 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $42,330.50 | Current Monthly Payment: | $765.00 |
| Paid to Claims: | $37,492.55 | Arrearages: | $0.00 |
| Paid to Trustee: | $3,610.35 | Total Plan Base: | $66,392.00 |
| Funds on Hand: | $1,227.60 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.